Name: Freddie R. Okray & Georgette J. Okray
Address: PO Box 55207, North Pole, AK 99705
Telephone number: 907-490-4624

RECEIVED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Freddie R. OKRAY
Georgette J. Okray,

Plaintiff/Petitioner,

vs.

United States of America,
Kamish Family Practice Clinic,
Paul E. Whittaker, Col Md.

Defendant/Respondent.

Case No. 4:08-cv-00004-RRB

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby moves to voluntarily dismiss this case without prejudice.

Dated: 27 May 2008

*Freddie R. Okray*
*Georgette Jo Kray*
Signature

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Court Judge